IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LAWRENCE M. ZEWIEY,

      Appellant,

 v.

Case No.  5D22-265
LT Case No. 2009-CF-1178

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 17, 2022

3.800 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Lawrence M. Zewiey, Lake Butler, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General,  Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


WALLIS, EDWARDS and WOZNIAK, JJ., concur.